UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



IN RE: LENNIS J. DEROUEN and
PATRICIA C. DEROUEN

CHAPTER 11
CASE NO. 16-52209-KMS

### DECLARATION IN SUPPORT OF REQUEST FOR DISCHARGE

The Debtors, Lennis J. Derouen and Patricia C. Derouen, files this *Declaration in Support of Request for Discharge*, and supporting their *Motion for Entry of Discharge*, under penalty of perjury, and in support of his request for a discharge in the above styled and numbered Chapter 11 case; and makes the following declaration.

We are eligible to receive a discharge because:

1) All payments to unsecured creditors have been completed under the Plan.

2) 11 U.S.C. § 1141(d)(3) does not apply in this case because:

   (a) the Plan does not provide for the liquidation of all or substantially all of the property of the estate;

   (b) the Debtors have not engaged in business after confirmation of the Plan; and

   (c) the Debtors would not be denied a discharge under § 727(a) if the case was under Chapter 7.

3) No order denying discharge has been entered in this case.

4) We were not subject to any domestic support obligation on the date the bankruptcy petition in this case was filed and have not thereafter become subject to a domestic support obligation.

5) We have not claimed an exemption pursuant to 11 U.S.C. 522 (b)(3) and state or local law in property that we or my dependent uses as a residence, claims as a homestead, or acquired a burial plot, as specified in 11 U.S.C. § 522(p)(1) and (2) that exceeds in aggregate $160,375.00.

6) We have taken the course on personal financial management required by the United

States Trustee and filed a copy of the same with the Clerk of Court (Dkt #25).

7) In accordance with 11 U.S.C. §1141(d)(5)(C):

    (a) 11 U.S.C. §522(q)(1) is notapplicable; and

    (b) there are no pending proceedings in which the debtors may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B)

I certify under penalty of perjury that the information provided in this certificate is true and correct to the best of my knowledge and belief.

Dated: 2/27/20

**LENNIS J. DEROUEN**

Dated: 2/27/20

**PATRICIA C. DEROUEN**