IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: LENNIS J. DEROUEN AND     CHAPTER 13
        PATRICIA C. DEROUEN     Case No.: 16-52209-KMS

### BANCORPSOUTH BANK'S OBJECTION TO MOTION FOR GRANT OF DISCHARGE

Comes now, BancorpSouth Bank, through its undersigned counsel, Nathan L. Prescott, and files this, its objection to the Debtors' Motion for Grant of Discharge [ECF Doc. 210] and in support does state:

On April 16, 2018, a Plan of Reorganization was confirmed which required the pro rata payment of unsecured debt. BancorpSouth Bank filed a proof of claim (claim 19) outlining that debtors were indebted to it for the unsecured sum of $91,751.22. BancorpSouth Bank does not appear to have been fully paid pursuant to section 9(a) of the Plan of Reorganization. If BancorpSouth Bank be mistaken in this assertion, it will withdraw this objection.

Respectfully submitted this 23rd day of March, 2020.

                                 **BANCORPSOUTH BANK**

                         By:    Page, Mannino, Peresich & McDermott, P.L.L.C.

                         By: /s/ *Nathan L. Prescott*
                              Nathan L. Prescott (Ms. Bar No. 101288)

NATHAN L. PRESCOTT, MSB NO. 101288
**PAGE, MANNINO, PERESICH & McDERMOTT, P.L.L.C.**
759 Howard Avenue (39530)
P. O. Drawer 289
Biloxi, MS 39533
Tel.: (228) 374-2100
Nathan.Prescott@pmp.org

## CERTIFICATE OF SERVICE

I, NATHAN L. PRESCOTT, of the law firm of Page, Mannino, Peresich & McDermott, P.L.L.C., do hereby certify that I electronically filed the foregoing **BANCORP SOUTH BANK'S OBJECTION TO MOTION FOR GRANT OF DISCHARGE** with the Clerk of the Court using the electronic court filing system which sent notification of such filing to all parties of record including

| | |
|---|---|
| Natalie Kareda Brown<br>lcaplan@rubinlublin.com<br>nbrown@rubinlublin.com<br>vbaggett@rubinlublin.com<br>akhosla@rubinlublin.com | Michael Taylor Ramsey<br>mike@sheehanlawfirm.com<br>tammy@sheehanlawfirm.com<br>pat@sheehanlawfirm.com<br>dona@sheehanlawfirm.com<br>Lisa@gulfcoastlawyer.com |
| Warren A. Cuntz<br>wacuntzcourt@cableone.net | United States Trustee<br>USTPRegion05.JA.ECF@usdoj.gov |

So Certified, this 23rd day of March, 2020.

/s/ *NATHAN L. PRESCOTT*
Nathan L. Prescott (MSBN 101288)